**Arnold & Porter**

Amanda J. Raines
+1 212.836.7449 Direct
Amanda.Raines@arnoldporter.com

**MEMO ENDORSED**

November 23, 2026

Request for adjournment is GRANTED. The settlement conference is rescheduled for December 18, 2026 at 10 am. Ex parte submissions are due on December 14, 2026. Plaintiff's demand should be made by December 4, 2026; Defendant's demand should be made by December 11, 2026.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: November 24, 2026

**VIA ECF**

Hon. Victoria Reznik
United States Magistrate Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Matthews v. Miley et al.*, No. 7:24-cv-07902 (CS)
Letter-Motion to Adjourn Settlement Conference

Dear Judge Reznik:

We represent Plaintiff Devon Matthews in the above-referenced action. Pursuant to Section 1.E of Your Honor's Individual Practices, we respectfully request that the settlement conference scheduled for December 8, 2026, at 2:30 p.m. (ECF No. 52) be adjourned.

This is our first request for an adjournment of the settlement conference, and we are making the request because I will be traveling internationally for work on December 8. We have conferred with counsel for Defendants, who does not oppose our request. Accordingly, we jointly request that the conference be rescheduled during the week of December 14, 2026. We have also confirmed that Mr. Matthews is available during the week of December 14.

We thank the Court for its consideration of this request.

Respectfully submitted,

Amanda J. Raines

cc: Counsel of Record